UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DEXTER TAYLOR,

                Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS,

                Defendant.

_____/

Case No. 1:26-cv-1159

Honorable Ray Kent

## **ORDER OF TRANSFER**

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Plaintiff's complaint presents claims regarding events that occurred at the G. Robert Cotton Correctional Facility in Jackson, Jackson County, Michigan, and Plaintiff sues the Michigan Department of Corrections. (Compl., ECF No. 1.)

Under the revised venue statute, venue in federal-question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). Further, pursuant to 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). Here, the events underlying the complaint occurred in Jackson County. Jackson County is within the geographical boundaries of the Eastern District of Michigan. 28 U.S.C. § 102(a). Under these circumstances, in the interest of justice, the Court will transfer this action to the Eastern District of Michigan.

2

Accordingly,

**IT IS ORDERED** that this case be transferred to the United States District Court for the Eastern District of Michigan. **It is noted that this Court has not decided whether Plaintiff may proceed *in forma pauperis* in this action, nor has the Court reviewed Plaintiff's complaint under 28 U.S.C. §§ 1915(e)(2), 1915A, or under 42 U.S.C. § 1997e(c).**


Dated:   April 17, 2026                              /s/ Ray Kent
                                                     Ray Kent
                                                     United States Magistrate Judge