UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEXTER TAYLOR,

      Plaintiff,

                                      Case No. 26-cv-11289
v.                                  Hon. Matthew F. Leitman

MICHIGAN DEPARTMENT
OF CORRECTIONS,

      Defendant or Respondent.

_____/

### ORDER DISMISSING PLAINTIFF'S COMPLAINT (ECF No. 1) WITHOUT PREJUDICE

Plaintiff Dexter Taylor, who is currently incarcerated at the G. Robert Cotton Correctional Facility in Jackson, Michigan, filed this prisoner civil rights Complaint in the United States District Court for the Western District of Michigan on April 20, 2026. (*See* Compl., ECF No. 1.)  That court then transferred Taylor's Complaint here, to the Eastern District of Michigan, because the events underlying the Complaint occurred in Jackson County, which is within the geographical borders of this district. (*See* Order, ECF No. 2.)

Taylor did not pay the mandatory filing fee for a civil action in either the Western District or the Eastern District of Michigan.  Nor did he apply to proceed *in forma pauperis* in either court.  Accordingly, on April 27, 2026, the Court entered a deficiency order directing Taylor to either pay the filing fee or file the required

1

papers to proceed *in forma pauperis* by May 27, 2026. (*See* Deficiency Order, ECF No. 5.) Taylor still has not paid the filing fee or applied to proceed *in forma pauperis*. The Court therefore **DISMISSES** Taylor's Complaint (ECF No. 1). The dismissal is **WITHOUT PREJUDICE**. Taylor may re-file his Complaint along with the required filing fee or application to proceed without prepayment of the fee.

IT IS SO ORDERED.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 10, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 10, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager

2